AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Boudin, Michael | 2. Court or Organization<br><br>U.S. Court of Appeals - 1st Circuit | 3. Date of Report<br><br>08/13/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address<br><br>U.S. Court of Appeals<br>1 Courthouse Way<br>Boston, Massachusetts 02210 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Emeritas Member | ALI Council |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 08/13/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 08/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citi | Line of Credit | O |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boudin, Michael** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Bank of America Cash Account | A | Interest | M | T | | | | | |
| 2.  Bank of America Cash Account #2S (Y) | | | | | | | | | |
| 3.  Bank of America Cash Account #3S (Y) | | | | | | | | | |
| 4.  Eastern Bank Cash Account | B | Interest | M | T | | | | | |
| 5.  TD Bank N.A. Cash Account | A | Interest | K | T | | | | | |
| 6.  Capitol One Cash Account (Y) | | | | | | | | | |
| 7.  Citibank Cash Account | A | Interest | L | T | | | | | |
| 8.  JPMorgan Chase Bank Cash Account | A | Interest | K | T | Open | 05/20/19 | M | | |
| 9.  Bank of Hawaii Cash Account (Y) | | | | | | | | | |
| 10. Harvard University Employees Credit Union Cash Account (Y) | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. Investment Account #1 (H) | | | | | | | | | |
| 13. -UBS Bank USA Dep Acct Cash Account | | None | N | T | | | | | |
| 14. -RMA Govt Money Market FD (Y) | | | | | | | | | |
| 15. -Prudential National Muni Fund Inc A PRNMX | A | Interest | K | T | | | | | |
| 16. -UBS U.S. Allocation Fund Class C KPAAX | C | Dividend | N | T | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boudin, Michael** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Investment Account #2 (H) | | | | | | | | | |
| 19. -Morgan Stanley Bank NA Cash Account | A | Interest | | | Closed | 01/23/19 | N | | |
| 20. -Morgan Stanley Private Bank NA Cash Account | A | Interest | | | Closed | 01/23/19 | M | | |
| 21. -MFS Investors Growth Stk A MIGFX | A | Dividend | M | T | | | | | |
| 22. -Opp Roch Sht Dur Hg Yld Muni C OITCX | A | Interest | | | Sold | 02/20/19 | J | | |
| 23. -Touchstone Ultra Sht Dur Fi S SSSGX | A | Dividend | | | Sold | 02/20/19 | J | | |
| 24. -Western Asset Managed Muni A SHMMX | A | Interest | | | Sold | 02/20/19 | J | | |
| 25. -US Treasury Bill Due 9/3/19 | C | Interest | | | Buy | 01/25/19 | N | | |
| 26. | | | | | Matured | 09/03/19 | N | | |
| 27. -US Treasury Bill Due 2/20/20 | | None | O | T | Buy | 09/03/19 | O | | |
| 28. -Mainstay Mackay Tax Free Bond Fund Cl A MTBAX | | | | | Buy | 02/20/19 | O | | |
| 29. | | | | | | | | | |
| 30. Investment Account #3 (H) | | | | | | | | | |
| 31. -JPMorgan US Government Money Market Fund | | None | J | T | Open | 05/20/19 | J | | |
| 32. -Aim Tax Exempt Fds ACTSX | A | Dividend | K | T | Buy | 05/20/19 | K | | |
| 33. | | | | | Buy<br>(add'l) | 06/13/19 | J | | |
| 34. | | | | | Buy<br>(add'l) | 12/19/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boudin, Michael** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  -Nuveen Intermediate NUVBX | B | Dividend | L | T | Buy | 05/20/19 | L | | |
| 36. | | | | | Buy<br>(add'l) | 06/13/19 | K | | |
| 37.  -Pimco Income Fd PIMIX | B | Dividend | K | T | Buy | 05/20/19 | K | | |
| 38. | | | | | Buy<br>(add'l) | 06/13/19 | J | | |
| 39.  -Rowe T Price Summit Mun PRIMX | B | Dividend | L | T | Buy | 05/20/19 | K | | |
| 40. | | | | | Buy<br>(add'l) | 06/13/19 | J | | |
| 41. | | | | | Buy<br>(add'l) | 06/24/19 | J | | |
| 42. | | | | | Buy<br>(add'l) | 09/24/19 | J | | |
| 43.  -Vanguard Mun Bond Fund Inter Term Tax<br>Exempt VWIUX | A | Dividend | L | T | Buy | 05/20/19 | K | | |
| 44. | | | | | Buy<br>(add'l) | 06/13/19 | J | | |
| 45. | | | | | Buy<br>(add'l) | 09/24/19 | J | | |
| 46.  -Vanguard Mun Bon Fund Ltd Term Tax<br>Exempt VMLUX | A | Dividend | L | T | Buy | 05/20/19 | L | | |
| 47. | | | | | Buy<br>(add'l) | 06/13/19 | K | | |
| 48. | | | | | Buy<br>(add'l) | 11/14/19 | K | | |
| 49.  -Vanguard Municipal Bond Fund High-<br>Yield Tax-Exempt Admirall VWALX | B | Dividend | L | T | Buy | 05/20/19 | K | | |
| 50. | | | | | Buy<br>(add'l) | 06/13/19 | J | | |
| 51.  -Vanguard Municipal Bond Funds Vanguard<br>Tax Exempt Bond ETF VTEB | B | Dividend | M | T | Buy | 07/25/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 08/08/19 | K | | |
| 53. | | | | | Buy<br>(add'l) | 11/14/19 | J | | |
| 54. | | | | | | | | | |
| 55.    Investment Account #3S (H) (Y) | | | | | | | | | |
| 56.    -Aphabet Inc Com CL C (Y) | | | | | | | | | |
| 57.    -Alibaba Grp Sp ADR (Y) | | | | | | | | | |
| 58.    -Align Technology (Y) | | | | | | | | | |
| 59.    -Amazon (Y) | | | | | | | | | |
| 60.    -Apple (Y) | | | | | | | | | |
| 61.    -Applied Materials (Y) | | | | | | | | | |
| 62.    -Axon Enterprise (Y) | | | | | | | | | |
| 63.    -Advanced Biomedical Tech, Inc. (Y) | | | | | | | | | |
| 64.    -Adobe, Inc. (Y) | | | | | | | | | |
| 65.    -Baidu, Inc. (Y) | | | | | | | | | |
| 66.    -Baozun Inc (Y) | | | | | | | | | |
| 67.    -Beigene Ltd (Y) | | | | | | | | | |
| 68.    -Biotelemetry (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boudin, Michael** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -Canopy Growth Corporation (Y) | | | | | | | | | |
| 70. -Celgene Corp (Y) | | | | | | | | | |
| 71. -Walt Disney (Y) | | | | | | | | | |
| 72. -Exelixis (Y) | | | | | | | | | |
| 73. -GW Pharmaceuticals (Y) | | | | | | | | | |
| 74. -Illuminina Inc. (Y) | | | | | | | | | |
| 75. -Intercept Pharmaceuticals (Y) | | | | | | | | | |
| 76. -IQIYI (Y) | | | | | | | | | |
| 77. -JD Com (Y) | | | | | | | | | |
| 78. -Kushco Holdings, Inc. (Y) | | | | | | | | | |
| 79. -LGI Homes, Inc. (Y) | | | | | | | | | |
| 80. -Lam Research Corp (Y) | | | | | | | | | |
| 81. -Microsoft (Y) | | | | | | | | | |
| 82. -Nvidia Corp. (Y) | | | | | | | | | |
| 83. -Omeros Corp (Y) | | | | | | | | | |
| 84. -Preferred Apt Cmntys Inc REIT (Y) | | | | | | | | | |
| 85. -Ravenquest Biomed Inc (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boudin, Michael** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Regeneron Pharmaceuticals (Y) | | | | | | | | | |
| 87. -Shopify Inc CL (Y) | | | | | | | | | |
| 88. -Weibo Corp (Y) | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. Retirement Account #1 (H) | | | | | | | | | |
| 91. -Janus Henderson Enterprise JDMNX (Note 1) | | None | | | Sold | | P1 | | |
| 92. -Pooled Stable Value Fund (Note 1) | F | Distribution | P1 | T | Buy | | P1 | | |
| 93. | | | | | | | | | |
| 94. Retirement Account #2 (H) | | | | | | | | | |
| 95. TIAA Traditional | A | Interest | K | T | | | | | |
| 96. | | | | | | | | | |
| 97. Retirement Account #3S (H) (Y) | | | | | | | | | |
| 98. -Vanguard Tot Stk Mkt Idx Inst Plus (Y) | | | | | | | | | |
| 99. -Vanguard Tot Intl Stock Ix Inst (Y) | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. Retirement Account #4S (H) (Y) | | | | | | | | | |
| 102. -Federated Investments Fed Government Oblig Fund (ZF101) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boudin, Michael** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Vangaurd Dividend Growth Investor CL VDIGX (Y) | | | | | | | | | |
| 104. -Vanguard Emerging Markets Stock Index Investor CL VEIEX Y) | | | | | | | | | |
| 105. -Vanguard European Stock Index Admiral CL VEUSX (Y) | | | | | | | | | |
| 106. -Vanguard Extended Market Index Admiral CL VEXAX (Y) | | | | | | | | | |
| 107. -Vanguard 500 Index Admiral CL VFIAX (Y) | | | | | | | | | |
| 108. -Vanguard Mid Cap Index Admiral CL VIMAX (Y) | | | | | | | | | |
| 109. -Vanguard Mid Cap Growth Index Admiral CL VMGMX (Y) | | | | | | | | | |
| 110. -Vanguard Emerging Markets Select Stock Investor CL VMMSX (Y) | | | | | | | | | |
| 111. -Vanguard Prime Money Market Investor CL VMMXX (Y) | | | | | | | | | |
| 112. -Vanguard Mid Cap Value Index Admiral CL VMVAX (Y) | | | | | | | | | |
| 113. -Fidelity Select Biotechnology FBIOX (Y) | | | | | | | | | |
| 114. -Fidelity Select IT Services FBSOX (Y) | | | | | | | | | |
| 115. -Fidelity Select Industrials FCYIX (Y) | | | | | | | | | |
| 116. -Fidelity Select Technology FSPTX (Y) | | | | | | | | | |
| 117. -Fidelity Select Semiconductor FSELX (Y) | | | | | | | | | |
| 118. -Matthews Asia Dividend Investor CL MAPIX (Y) | | | | | | | | | |
| 119. -Matthews Asia Pacific Tiger Investor CL MAPTX (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boudin, Michael** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Matthews Asia China Dividend Investor CL MCDFX (Y) | | | | | | | | | |
| 121. -Matthews Asia China Investor CL MCHFX (Y) | | | | | | | | | |
| 122. -Matthews Asia India Investor CL MINDX (Y) | | | | | | | | | |
| 123. -T Rowe Price Financial Services Investor CL PRISX (Y) | | | | | | | | | |
| 124. -T Rowe Price Japan PRJPX (Y) | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. Retirement Account #5S (H) (Y) | | | | | | | | | |
| 127. -Federated Investments Fed Government Oblig Fund ZF101 (Y) | | | | | | | | | |
| 128. -Vangaurd Dividend Growth Investor CL VDIGX (Y) | | | | | | | | | |
| 129. -Vanguard Equity Income Admiral CL VEIRX (Y) | | | | | | | | | |
| 130. -Vanguard European Stock Index Admiral CL VEUSX (Y) | | | | | | | | | |
| 131. -Vanguard Extended Market Index Admiral CL VEXAX (Y) | | | | | | | | | |
| 132. -Vanguard 500 Index Admiral CL VFIAX (Y) | | | | | | | | | |
| 133. -Vanguard FTSE All World Ex U.S. Index Admiral Cl VFWAX (Y) | | | | | | | | | |
| 134. -Vanguard Energy Investor CL VGENX (Y) | | | | | | | | | |
| 135. -Vanguard Healthcare Admiral CL VGHAX (Y) | | | | | | | | | |
| 136. -Vanguard Mid Cap Index Admiral CL VIMAX (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boudin, Michael** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. -Vanguard Inflation Protected Secs Investor CL VIPSX (Y) | | | | | | | | | |
| 138. -Vanguard Mid Cap Growth Index Admiral CL VMGMX (Y) | | | | | | | | | |
| 139. -Vanguard Prime Money Market Investor CL VMMXX (Y) | | | | | | | | | |
| 140. -Vanguard Mid Cap Value Index Admiral CL VMVAX (Y) | | | | | | | | | |
| 141. -Vanguard U.S. Growth Admiral CL VWUAX (Y) | | | | | | | | | |
| 142. -Fidelity Japan Small Companies FJSCX (Y) | | | | | | | | | |
| 143. -Fidelity Select Biotechnology FBIOX (Y) | | | | | | | | | |
| 144. -Fidelity Select IT Services FBSOX (Y) | | | | | | | | | |
| 145. -Fidelity Select Industrials FCYIX (Y) | | | | | | | | | |
| 146. -Fidelty Select Comsumer Staples FDFAX (Y) | | | | | | | | | |
| 147. -Fidelity Select Financial Services FIDSX (Y) | | | | | | | | | |
| 148. -Fidelity Select Semiconductors FSELX (Y) | | | | | | | | | |
| 149. -Fidelity Select Gold FSAGX (Y) | | | | | | | | | |
| 150. -Janus Henderson Global Life Sciences CL T JAGLX (Y) | | | | | | | | | |
| 151. -Matthews Asia Dividend Investor CL MAPIX (Y) | | | | | | | | | |
| 152. -Matthews Asia Innovators Investors CL MATFX (Y) | | | | | | | | | |
| 153. -T Rowe Euopoean Stock Investor CL PRESX (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boudin, Michael** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -T Rowe Price Global Technology Investor CL PRGTX (Y) | | | | | | | | | |
| 155. -T Rowe Price Financial Services Investor CL PRISX (Y) | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. Retirement Account #6S (H) (Y) | | | | | | | | | |
| 158. -TIAA Traditional (Y) | | | | | | | | | |
| 159. -CREF Stock R3 (Y) | | | | | | | | | |
| 160. -T-C Eq Index-Inst (Y) | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. Rental House B, Cambridge, MA (Y) | | | | | | | | | |
| 163. Rental House O, Wellfleet, MA (Y) | | | | | | | | | |
| 164. Rental House C, Wellfleet, MA (Y) | | | | | | | | | |
| 165. Rental House G, Wellfleet, MA (Y) | | | | | | | | | |
| 166. Rental House H, Hanalei, Hawaii (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Boudin, Michael** | 08/13/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Nite 1:  The Janus Henderson Enterprise JDMNX Sold Date and the Pooled Stable Value Fund Buy Date were not available at the time of filing due to COVID-19 circumstances. The proceeds from the Janus Henderson Enterprise JDMNX Sale were transferred into the Pooled Stable Value Fund within the same retirement account.

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 08/13/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Michael Boudin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544